ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 AUG 13 P 4: 28

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RODOLFO L. MARTINEZ, a/k/a Zenith Vivas, | ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) CV 314-045 ) |
| JASON D. MEDLIN, | ) ) ) |
| Respondent. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Petitioner's motion to proceed *in forma pauperis*, and **DISMISSES** without prejudice the instant petition.

Whether Petitioner is seeking relief under 28 U.S.C. § 2254 or 28 U.S.C. § 2241, he must obtain a certificate of appealability ("COA") before appealing the denial of his application for a writ of habeas corpus. See Sawyer v. Holder, 326 F.3d 1363, 1364 n.3 (11th Cir. 2003) ("[S]tate prisoners proceeding under § 2241 must obtain a COA to appeal."); Rule 11(a) to the Rules Governing Section 2254 Proceedings ("[The Court] must issue or deny a certificate of appealability when it enters a final order adverse to the applicant."). This Court should grant a COA only if the prisoner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in the Report and Recommendation, and in consideration of the standards

enunciated in Slack v. McDaniel, 529 U.S. 473, 482-84 (2000), Petitioner has failed to make the requisite showing. Accordingly, the Court **DENIES** a COA in this case.[1] Moreover, because there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. Accordingly, Petitioner is not entitled to appeal *in forma pauperis*. See 28 U.S.C. § 1915(a)(3).

Upon the foregoing, the Court **CLOSES** this civil action.

SO ORDERED this 13th day of August, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1]Because the Court is denying Petitioner a COA whether he is proceeding under 28 U.S.C. § 2254 or 28 U.S.C. § 2241, the Court notes that Rule 11(a) to the Rules Governing Section 2254 Proceedings provides, "If the court denies a certificate, a party may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22."

2